|   |   |
|---|---|
| 1 | NEWPORT TRIAL GROUP |
|   | A Professional Corporation |
| 2 | Scott J. Ferrell, Bar No. 202091     JS-6 |
|   | sferrell@trialnewport.com |
| 3 | Richard H. Hikida, Bar No. 196149 |
|   | rhikida@trialnewport.com |
| 4 | David W. Reid, Bar No. 267382 |
|   | dreid@trialnewport.com |
| 5 | Victoria C. Knowles, Bar No. 277231 |
|   | vknowles@trialnewport.com |
| 6 | 4100 Newport Place, Ste. 800 |
|   | Newport Beach, CA  92660 |
| 7 | Tel: (949) 706-6464 |
|   | Fax: (949) 706-6469 |

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JAN JEROME ROAQUIN, individually, and on behalf of all others similarly situated, | Case No.: 2:15-cv-01841-RGK-FFM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | Date Filed: March 12, 2015 |
| FOREST PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, Inclusive, | |
| Defendants. | |

1  The Court, having considered the Stipulation of Voluntary Dismissal pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds
3  that this action should be dismissed with prejudice.

5  Dated: May 6, 2015

*/s/ Gary Klausner*

The Honorable R. Gary Klausner
United States District Court Judge

- 1 -
CERTIFICATE OF SERVICE